James G. Harker, Esq. (State Bar # 74522)
HARKER, GUZIAK & SAGE, APC
1527 East Fourth Street
Santa Ana, California  92701-5115
Telephone: (714) 836-5700
Facsimile:   (714) 836-5300
jharker@harkerlaw.com

Attorneys for Plaintiff
FRAS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FRAS, INC.<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SPECIALIZED TRANSPORTATION, INC., IKON OFFICE SOLUTIONS, INC., and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-COMPLAINT<br>_____ | Case No.:  2:09-cv-01242-MCE-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL AFTER SETTLEMENT**<br><br>Assigned for All Purposes to<br>Judge Morrison C. England Jr. |

　　　WHEREAS, the parties have reached an overall settlement of the entire action; and

**1**

WHEREAS, it is agreed that the action should be dismissed with prejudice based upon such settlement;

IT IS HEREBY STIPULATED AND REQUESTED that the action be dismissed in its entirety, with prejudice.

Dated:  November 3, 2010   HARKER, GUZIAK & SAGE APC

By:  ___/s/_____
James J. Guziak, Esq.
Attorneys for Plaintiff, FRAS, INC.

HANSON BRIDGETT LLP

Dated: July 22, 2010   By:  __/s/__ Renju P. Jacob  (per email authorization)
William D. Taylor, Esq.
Renju P. Jacob, Esq.
Attorneys for Defendant Specialized
        Transportation Inc.

WOOD, SMITH, HENNING & BERMAN LLP

Dated: July 21, 2010   By:  __/s/__ Michael C. Guasco (per email authorization)
Kevin J. Gillispie, Esq.
Michael C. Guasco, Esq.
Attorneys for Defendant and Cross-Complainant Ikon Office Solutions, Inc.

HAIGHT, BROWN & BONESTEEL LLP

Dated: July 28, 2010   By:  __/s/__ Brian A. Moore (per email authorization)
Richard E. Morton, Esq.
Brian A. Moore, Esq.
Attorneys for Cross-Defendant ALL SEASONS MOVING & STORAGE, INC. dba DON HEMSTEDS  VAN AND STORAGE (erroneously sued as Don Hemsted's Van & Storage, Inc. herein as ROE 1)

James G. Harker, Esq. (State Bar # 74522)
HARKER, GUZIAK & SAGE, APC
1527 East Fourth Street
Santa Ana, California  92701-5115
Telephone: (714) 836-5700
Facsimile:   (714) 836-5300
jharker@harkerlaw.com

Attorneys for Plaintiff
FRAS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FRAS, INC. | Case No.:  2:09-cv-01242-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL AFTER SETTLEMENT** |
| SPECIALIZED TRANSPORTATION, INC., IKON OFFICE SOLUTIONS, INC., and DOES 1 through 20, inclusive, | Assigned for All Purposes to Judge Morrison C. England Jr. |
| Defendants. | |
| AND RELATED CROSS-COMPLAINT | |

///

///

///

**3**

1
2
3     IT IS HEREBY ORDERED THAT this case be dismissed with prejudice based
4  upon the settlement of the entire action.  The Clerk of Court is hereby directed to close
5  the file.
6
7  Dated:  November 12, 2010
8                                               _____
9                                               MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE
10
11
12
13  Submitted By:
14
15  Dated: November 3, 2010
16
17  _____**/s/**_____
18  James J. Guziak, Esq.
    Attorneys for Plaintiff FRAS, INC.
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

# PROOF OF SERVICE

I, Cynthia A. Upton, declare that:

I am employed in the County of Orange, State of California.  I am over the age of eighteen years, and am not a party to this action; my business address is 1527 East Fourth Street, Santa Ana, California  92701-5115.

On November 3, 2010, I served a copy of the following document described as

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AFTER SETTLEMENT; ORDER [PROPOSED] OF DISMISSAL AFTER SETTLEMENT**

on all interested parties named below, addressed as follows:

**(SEE ATTACHED LIST.)**

(**XX**) (**MAIL**)  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  By following ordinary business practice, I placed a true copy thereof enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business.

(   ) (**FACSIMILE**)  By use of facsimile machine, by transmitting by facsimile machine to the above listed facsimile number.  The facsimile machine I used complied with California Rules of Court, rule 2.306 and no error was reported by the machine.  Pursuant to California Rules of Court, rule 2.306(g), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 3, 2010, at Santa Ana, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
Cynthia A. Upton

**PROOF OF SERVICE**

# SERVICE LIST

*Fras, Inc. v. Specialized Transportation, Inc., et al.*
Case No. 2:09-cv-01242-MCE-DAD

Jeff R. Boone, Esq., NCAED
Reese, Smalley, Wiseman and Schweitzer, LLP
1265 Willis Street
P.O. Box 994647
Redding, CA  96099-4647
Facsimile:   (530) 241-5107
Telephone: (530) 241-1611
rsws-jeff@pacbell.net
Former attorneys for Plaintiff, Fras, Inc.

William D. Taylor, Esq.
Renju P. Jacob, Esq.
Hanson Bridgett LLP
500 Capitol Mall, Suite 1500
Sacramento, CA  95814
wtaylor@hansonbridgett.com
rjacob@hansonbridgett.com
Facsimile:  (916) 442-2348
Telephone: (916) 442-3333
Attorneys for Defendant Specialized Transportation Inc.

Kevin J. Gillispie, Esq.
Michael C. Guasco, Esq.
Wood, Smith, Henning & Berman LLP
1401 Willow Pass Road, Suite 700
Concord, CA  94520-7982
kgillispie@wshblaw.com
Facsimile:   (925) 356-8250
Telephone: (925) 356-8200
Attorneys for Defendant Ikon Office Solutions, Inc.

Richard E. Morton, Esq.
Brian A. Moore, Esq.
Haight, Brown & Bonesteel, LLP
5 Hutton Centre Drive
Suite 900
Santa Ana, CA 92707
Attorneys for Cross-Defendant ALL SEASONS MOVING & STORAGE, INC. dba DON HEMSTEDS VAN AND STORAGE (erroneously sued as Don Hemsted's Van & Storage, Inc. herein as ROE 1)

**PROOF OF SERVICE**